

**Service of Process Transmittal**
07/30/2021
CT Log Number 539995546

**TO:** Luisa Gomes
Ross Stores, Inc.
5130 Hacienda Dr
Dublin, CA 94568-7635

**RE:** **Process Served in Florida**

**FOR:** Ross Dress for Less, Inc. (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DAJANAE ROBERTS, PLTF. vs. ROSS DRESS FOR LESS INC., ETC., DFT. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 502021CA009137XXXXMB |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/30/2021 at 02:06 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/30/2021, Expected Purge Date: 08/04/2021<br><br>Image SOP<br><br>Email Notification, Luisa Gomes  maria.gomes@ros.com<br><br>Email Notification, Vanessa Langlais  vanessa.langlais@sedgwick.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**             Fri, Jul 30, 2021

**Server Name:**      Brian Hall

Entity Served     ROSS DRESS FOR LESS INC.

Case Number       5020021CA009137XXXXMB

Jurisdiction      FL



Filing # 131410928 E-Filed 07/26/2021 03:27:29 PM

Time: 1:00  Date: 7/30/21

ID#: 1216  Initials: BH

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

DAJANAE ROBERTS,

    Plaintiff,

vs.

                                Case No:

ROSS DRESS FOR LESS INC., a
foreign profit corporation,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Request to Produce and Interrogatories in the above-styled cause upon the Defendant:

    **ROSS DRESS FOR LESS INC., a foreign profit corporation**

By and through its registered agent:
**C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324**

    The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, to wit:

**Michael Blum**

Whose Address is:

**Schwed, Adams, & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Primary Email address for the service of Pleadings ONLY:
eService@schwedlawfirm.com**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the "Plaintiff/Plaintiff's Attorney" named above.

Jul 26 2021
WITNESS my hand and seal of said Court on _____ July, 2021.



Joseph Abruzzo
As Clerk of said Court

BY: _____
As Deputy Clerk    Shalea Ravenell
(COURT SEAL)

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted dedea que el tribunal considere su defense, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una ade las officinas de assistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiemp en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursultes judiciaries ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe auprese de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, aven mention du numero de dossier ci-dessus et du nom des partles nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquéz de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocate. Si vous ne connaissez pas d'avocat, vous pourriez telephone a un service de reference d'avocates ou a un bureau d'assistance juridique (figurant a

l'annuaire de telephones).  Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

DAJANAE ROBERTS,

    Plaintiff,

vs.                                                Case No: 50-2021-CA-009137-XXXX-MB (AH)

ROSS DRESS FOR LESS INC., a
foreign profit corporation,

    Defendant.

_____/

## COMPLAINT

Plaintiff, DAJANAE ROBERTS, sues Defendant, ROSS DRESS FOR LESS INC., a foreign profit corporation (hereinafter "ROSS DRESS FOR LESS"), and states the following:

1. This is a cause of action for damages in excess of $30,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Palm Beach County, Florida.

4. On or about November 24, 2019, Defendant, ROSS DRESS FOR LESS, was in possession and control of the premises at 3950 Northlake Boulevard in Palm Beach Gardens, Palm Beach County, Florida, which Defendant operates as a retail store.

5. At that time and place, Plaintiff, DAJANAE ROBERTS, was an invitee lawfully on the premises described above.

6. At that time and place, Plaintiff, DAJANAE ROBERTS, was walking through the store and stepped on a security tag that was on the store's floor.

7. At that time and place, Plaintiff, DAJANAE ROBERTS, was injured when the needle/pin from the security tag punctured her shoe and went into her foot.

8. Defendant, ROSS DRESS FOR LESS, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

9. Specifically, Defendant, ROSS DRESS FOR LESS, negligently:

   a) Failed to adequately inspect and maintain the store's floor;

   b) Allowed a discarded security tag containing a needle/pin to remain on the store's floor for an unreasonable length of time, creating a dangerous and unsafe condition;

   c) Failed to exercise due care to maintain the premises in a safe condition;

   d) Failed to adequately inspect the premises;

   e) Allowed an unsafe condition to exist on the premises;

   f) Failed to make the premises safe for invitees; and

   g) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

10. Defendant, ROSS DRESS FOR LESS, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

11. Defendant, ROSS DRESS FOR LESS, had actual or constructive notice of the dangerous condition.

12. As the direct and proximate result of the negligence of Defendant, ROSS DRESS FOR LESS, Plaintiff, DAJANAE ROBERTS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, DAJANAE ROBERTS, demands judgment for damages against Defendant, ROSS DRESS FOR LESS.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 26TH day of July, 2021.

By: s/ Paul Shalhoub
**PAUL SHALHOUB**
Attorney Email: PShalhoub@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 88300
Attorneys for Plaintiff, DAJANAE ROBERTS
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089

101966-7

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

DAJANAE ROBERTS,   CIRCUIT CIVIL DIVISION

    Plaintiff,   CASE NO. 50-2021-CA-009137-XXXX-MB   (AH)

v.

ROSS DRESS FOR LESS, INC., a
foreign profit corporation,

    Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE take notice that Jason A. Glusman, Esquire of the law firm of WICKER SMITH O'HARA MCCOY & FORD, P.A., enters an appearance in the above-styled case on behalf of Ross Dress for Less, Inc.

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida e-Portal to: Paul Shalhoub, Esquire, pshalhoub@schwedlawfirm.com, eservice@schwedlawfirm.com; on this 9th day of August, 2021.

    */s/ Jason A. Glusman*
    Jason A. Glusman, Esquire
    Florida Bar No. 0419400
    WICKER SMITH O'HARA MCCOY & FORD, P.A.
    Attorneys for Ross Dress for Less, Inc.
    515 E. Las Olas Boulevard
    SunTrust Center, Suite 1400
    Ft. Lauderdale, FL 33301
    Phone: (954) 847-4800
    Fax: (954) 760-9353
    ftlcrtpleadings@wickersmith.com